## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation, <br><br> Defendants. | Case No. 06 CV 00382 GMS |

### ENTRY OF APPEARANCE

Please enter the appearance of Joseph B. Cicero of Edwards Angell Palmer & Dodge LLP on behalf of defendant, Wells Fargo Bank, N.A., erroneously identified herein as Wells Fargo Bank Minnesota.

**EDWARDS ANGELL PALMER & DODGE LLP**

 /s/ Joseph B. Cicero
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)

Dated: June 27, 2006        *Attorneys for Wells Fargo Bank, N.A.*

WLM_505153_1/JCICERO

# CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on June 27, 2006, the attached **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

### VIA FIRST CLASS MAIL

Gerald J. Caruso, Esq.
Nor-ul Haq, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Peter E. Gelhaar, Esq.
Michael D'Orsi
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Lawrence R. Desideri, Esq.
Stephanie S. McCallum, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

**EDWARDS ANGELL PALMER & DODGE LLP**

  */s/ Joseph B. Cicero*
Joseph B. Cicero (I.D. No. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jcicero@eapdlaw.com