IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders'   :
Representative of the former Stockholders   :
of the ZONEPERFECT NUTRITION   :
COMPANY,   :
        Plaintiff,   :
           :
    v.   :   Civil Action No. 06-382 (GMS)
           :
ABBOTT LABORATORIES and WELLS   :
FARGO BANK MINNESOTA, a Minnesota   :
corporate trust, and SWEET PRODUCTIONS   :
LTD., a New York corporation,   :
           :
        Defendants.   :
---------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as attorney for plaintiff David Friedson.

        ROSENTHAL MONHAIT & GODDESS, P.A.

        By: _/s/ Norman M. Monhait_
        Norman M. Monhait (#1040)
        919 Market Street, Suite 1401
        Citizens Bank Center
        P.O. Box 1070
        Wilmington, Delaware 19899-1070
OF COUNSEL:        (302) 656-4433
        Attorneys for Plaintiff

Gerald J. Caruso
Nur-ul Haq
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

July 5, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of July, 2006, a copy of the **Notice Of Entry Of Appearance** was served, as indicated, upon the following:

### By Electronic Filing

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, 15th Floor
Wilmington, Delaware 19801

### By First Class Mail

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Michael S. D'Orsi, Esquire
Peter E. Gelhaar, Esquire
Donnelly Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Scott R. Magee, Esquire
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

Steven M. Cowley, Esquire
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110

_____
Norman M. Monhait (#1040)
ROSENTHAL MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com