## ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

August 1, 2006

**VIA ELECTRONIC FILING
AND BY HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Re:   **Friedson v. Abbott Laboratories
      D. Del., Civil Action No. 06-382 (GMS)**

Dear Judge Sleet:

I enclose a proposed Order (which has also been electronically filed) to extend plaintiff's time to respond to the counterclaim of defendant Abbott Laboratories. The reason for the request for an extension of approximately one week is that the counterclaim was served while plaintiff's principal counsel was on vacation, and his opportunity to consult with plaintiff and prepare a response was thereby delayed. Defendants' counsel have authorized me to represent that their clients do not object to this extension.

Respectfully,

Norman M. Monhait (#1040)

NMM:mst
Enclosure

cc:   John C. Phillips, Jr., Esquire (By electronic filing)
      Joseph B. Cicero, Esquire (By electronic filing)
      Gerald J. Caruso, Esquire (By electronic filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
        Plaintiff, :
 :
v. : Civil Action No. 06-382 (GMS)
 :
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, :
 :
        Defendants. :
---------------------------------------------------------x

## ORDER EXTENDING TIME

Plaintiff having requested an extension of time until August 14, 2006 to respond to the counterclaim of defendant Abbott Laboratories, and the Court having been advised that defendants do not object thereto,

**IT IS** this ___ day of July, 2006, **ORDERED** that plaintiff's time to answer, move, or otherwise respond to the counterclaim of Abbott Laboratories is extended to and including August 14, 2006.

_____
The Honorable Gregory M. Sleet