IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
        Plaintiff, :
:
v. : Civil Action No. 06-382 (GMS)
:
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, :
        Defendants. :
---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gerald J. Caruso, Esquire, and Amy M. McCallen, Esquire, of Rubin & Rudman LLP, 50 Rowes Wharf, Boston, MA 02110, to represent the plaintiff in this matter.

                              ROSENTHAL, MONHAIT & GROSS, P.A.

                              By:_____
                              Norman M. Monhait (#1040)
                              919 Market Street, Suite 1401
                              Citizens Bank Center
                              P.O. Box 1070
                              Wilmington, DE 19899-1070
                              (302) 656-4433
                              Attorneys for Plaintiff
Date: August 7, 2006          Email: nmonhait@rmgglaw.com

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* of Gerald J. Caruso and Amy M. McCallen is granted.

Dated: August ____, 2006          _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: July 31, 2006

Signed: *[signature]*
Gerald J. Caruso
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7185 (phone)
(617) 330-7299 (fax)
Email: jcaruso@rubinrudman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: August 3, 2006

Signed: *Amy M. McCallen*

Amy M. McCallen
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

Email: amccallen@rubinrudman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of August, 2006, a copy of the foregoing **Motion And Order For Admission Pro Hac Vice** was served, by electronic transmission, upon:

>Joseph B. Cicero, Esquire
>Edwards Angell Palmer & Dodge LLP
>919 Market Street, 15th Floor
>Wilmington, Delaware 19801
>
>John C. Phillips, Jr., Esquire
>Phillips Goldman & Spence, P.A.
>1200 N. Broom Street
>Wilmington, Delaware 19806

and a copy was sent, by first class mail, postage prepaid to:

>Stephanie McCallum, Esquire
>Lawrence R. Desideri, Esquire
>Winston & Strawn LLP
>35 W. Wacker Drive
>Chicago, Illinois 60601

_____
Norman M. Monhait (#1040)