IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID FRIEDSON as Stockholders'
Representative of the former Stockholders of the
ZONEPERFECT NUTRITIONAL COMPANY,

    Plaintiff,

- against -

ABBOTT LABORATORIES, an Illinois
corporation, WELLS FARGO BANK
MINNESOTA, a Minnesota corporate trust

    Defendants.

Case No 1:06-cv-00382-GMS

TRIAL BY JURY DEMANDED

Rcpt # 144401

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Stephanie S. McCallum, Esquire to represent defendant Abbott Laboratories in this matter.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (Bar #110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Defendant Abbot Laboratories

Date: 8/15/06

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____      _____
                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

_____
STEPHANIE S. MCCALLUM, ESQUIRE
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Date: 8/11/06

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 15, 2006, two copies of the attached Motion and Order for Admission Pro Hac Vice were served upon the following counsel of record via first class, postage prepaid mail and by electronic notification:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

                                                   /s/John C. Phillips, Jr.
                                                   John C. Phillips, Jr., Esquire (#110)