IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
        Plaintiff, :
         :
    v. : Civil Action No. 06-382 (GMS)
         :
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, and SWEET PRODUCTIONS :
LTD., a New York corporation, :
         :
        Defendants. :
------------------------------------------------------------x

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 5th day of January, 2007, a copy of **The Stockholders' Representative's Initial Disclosures** was served, by electronic filing and first class mail, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, Delaware 19806
>
> Lawrence R. Desideri, Esquire
> Stephanie S. McCallum, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703

and **TAKE FURTHER NOTICE** that on the 8th day of January, 2007, a copy of this **Notice Of Service** was served, by electronic filing, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, Delaware 19806

and by first class mail, upon:

        Lawrence R. Desideri, Esquire
        Stephanie S. McCallum, Esquire
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, IL 60601-9703

        ROSENTHAL MONHAIT & GODDESS, P.A.

        By: /s/ Norman M. Monhait
        Norman M. Monhait (#1040)
        919 Market Street, Suite 1401
        Citizens Bank Center
        P.O. Box 1070
        Wilmington, Delaware 19899-1070
OF COUNSEL:        (302) 656-4433
        Attorneys for Plaintiff

Gerald J. Caruso
Amy M. McCallen
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

January 8, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January, 2007, a copy of the **Notice Of Service** was served, as indicated, upon the following:

### By Electronic Filing

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

### By First Class Mail

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)
ROSENTHAL MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com