**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

January 10, 2007

**VIA ELECTRONIC FILING**
**AND BY HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    **Friedson v. Abbott Laboratories**
            **D. Del., Civil Action No. 06-382 (GMS)**

Dear Judge Sleet:

    I enclose for Your Honor's convenience a paper copy of the Rule 16 Scheduling Order counsel have prepared based on last week's conference with the Court. The proposed order has also been filed electronically.

                              Respectfully,

                              Norman M. Monhait (#1040)

NMM:mst
Enclosure

cc:    John C. Phillips, Jr., Esquire (By electronic filing)
       Gerald J. Caruso, Esquire (By electronic filing)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) **Civil Action No. 06-382 (GMS)** ) ) ) ) ) ) ) ) ) |

## SCHEDULING ORDER

**THIS** ____day of January, 2007, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on January 3, 2007, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

**IT IS ORDERED** that:

1. **Rule 26(a) Initial Disclosures**: Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rules of Civil Procedure 26(a) on or before January 5, 2007.

2.  **Joinder of other Parties and Amendment of Pleadings**: All motions to join other parties and amend the pleadings shall be filed on or before March 1, 2007.

3.  **Discovery**: All fact discovery in this case shall be initiated so that it will be completed on or before August 30, 2007. All expert discovery shall be completed on or before November 16, 2007. Any opening expert reports shall be served on or before September 27, 2007. Any rebuttal expert reports shall be served on or before October 18, 2007.

    a.  **Discovery and Scheduling Matters**: Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a joint, non-argumentative letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.vv. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a TWO PAGE LETTER, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than TWO PAGES. The party seeking relief may then file a reply letter of no more than TWO PAGES within three (3) days from the date of service of the answering letter.

4.  **Confidential Information and Papers filed under Seal**: Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this

order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).

5.    **Settlement Conference**: In light of the history of settlement efforts between the parties, this matter is not referred to the United States Magistrate for the purpose of exploring the possibility of a settlement at this time. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

6.    **Case Dispositive Motions**: All case dispositive motions and an Opening Brief and Affidavits, if any, in support of the motion shall be served and filed electronically on or before September 14, 2007. Answering briefs and accompanying Affidavits shall be served and filed no later than October 5, 2007. Reply briefs shall be served and filed no later than October 15, 2007. If any party believes that it may need expert testimony to submit or respond to summary judgment motions, the party shall notify the Court immediately in writing to request an adjustment in this briefing schedule. Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied.

7.    **Applications by Motion**: Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8. **Oral Argument**: If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

9. **Pretrial Conference**: On January 7, 2008, at 10:00 a.m., the Court will hold a Pretrial Conference in chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order no later than the close of business on December 17, 2007. A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov.

10. **Scheduling**: The parties shall contact chambers at (302) 573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

11. **Trial**: Trial will commence on January 28, 2008. This matter is scheduled for five days of trial.

_____
UNITED STATES DISTRICT JUDGE