IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, and WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust.<br><br>　　　　　　　Defendants | CASE NO. 06 CV 00382 GMS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of David Thomas Bower to represent Defendants in this matter.

　　　　　　　　　　　　　　　　PHILLIPS, GOLDMAN & SPENCE, P.A.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John C. Phillips, Jr., Esq. (#110)
　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　(302) 655-4200

　　　　　　　　　　　　　　　　Attorneys for: Defendants

Date: January 19, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to any disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted √ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

David Thomas Bower
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: January 18, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2007, two copies of the attached Motion and Order for Admission Pro Hac Vice were served upon the following counsel of record via electronic notification:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

/s/John C. Phillips, Jr.
John C. Phillips, Jr., Esquire (#110)