IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders'           :
Representative of the former Stockholders  :
of the ZONEPERFECT NUTRITION               :
COMPANY,                                   :
                Plaintiff,                 :
                                           :
        v.                                 :   Civil Action No. 06-382 (GMS)
                                           :
ABBOTT LABORATORIES and WELLS              :
FARGO BANK MINNESOTA, a Minnesota          :
corporate trust, and SWEET PRODUCTIONS     :
LTD., a New York corporation,              :
                                           :
                Defendants.                :
------------------------------------------------------------x
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 22nd day of January, 2007, a copy of **Stockholders' Representative's First Set Of Document Requests To Defendant Abbott Laboratories** was served, by overnight mail, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, Delaware 19806
>
> Stephanie S. McCallum, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703

and **TAKE FURTHER NOTICE** that on the 24th day of January, 2007, a copy of this **Notice Of Service** was served, by electronic filing, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, Delaware 19806

and by first class mail, upon:

> Lawrence R. Desideri, Esquire
> Stephanie S. McCallum, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703

ROSENTHAL MONHAIT & GODDESS, P.A.

By: /s/ Norman Monhait

Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff

OF COUNSEL:

Gerald J. Caruso
Amy M. McCallen
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

January 24, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January, 2007, a copy of the **Notice Of Service** was served, as indicated, upon the following:

### By Electronic Filing

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

### By First Class Mail

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

_____
Norman M. Monhait (#1040)
ROSENTHAL MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com