IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' : 
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
        Plaintiff, :
:
v. : Civil Action No. 06-382 (GMS)
:
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, and SWEET PRODUCTIONS :
LTD., a New York corporation, :
:
        Defendants. :
---------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 22nd day of January, 2007, a copy of **Stockholders' Representative's First Set Of Interrogatories** was served, by overnight mail, upon:

    John C. Phillips, Jr., Esquire
    Phillips Goldman & Spence, P.A.
    1200 North Broom Street
    Wilmington, Delaware 19806

    Stephanie S. McCallum, Esquire
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, IL 60601-9703

and **TAKE FURTHER NOTICE** that on the 24th day of January, 2007, a copy of this **Notice Of Service** was served, by electronic filing, upon:

    John C. Phillips, Jr., Esquire
    Phillips Goldman & Spence, P.A.
    1200 North Broom Street
    Wilmington, Delaware 19806

and by first class mail, upon:


Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

ROSENTHAL MONHAIT & GODDESS, P.A.

By: _____
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff

OF COUNSEL:

Gerald J. Caruso
Amy M. McCallen
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

January 24, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January, 2007, a copy of the **Notice Of Service** was served, as indicated, upon the following:

### By Electronic Filing

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

### By First Class Mail

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Norman M. Monhait (#1040)
ROSENTHAL MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com