## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders'<br>Representative of the former Stockholders<br>of the ZONEPERFECT NUTRITION<br>COMPANY,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ABBOTT LABORATORIES, et al.<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 06 CV 00382 GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on February 22, 2007, two copies of Defendant Abbott Laboratories' Response to Plaintiff's First Set of Document Requests were served via hand delivery on the following:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

By: *Brian E. Farnan*

John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19899-1070
(302) 655-4200

      and

Lawrence R. Desideri (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
David Bower (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for Abbott Laboratories*

Date: February 22, 2007

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on February 22, 2007, two copies of the foregoing Notice of Service were hand delivered to the following persons and one copy was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Brian E. Farnan (#4089)