UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DAVID FRIEDSON, as Stockholders' )
Representative of the former Stockholders )
of the ZONEPERFECT NUTRITION )
COMPANY, )
 )
                Plaintiff, )
 )
v. )  CASE NO. 06 CV 00382 GMS
 )
ABBOTT LABORATORIES, et al. )
 )
              Defendants. )

## NOTICE OF SERVICE

       I, Brian E. Farnan, hereby certify that on March 12, 2007, two copies of Defendant Abbott Laboratories' First Set of Requests for Production were served via hand delivery on the following:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19899-1070
(302) 655-4200

and

Lawrence R. Desideri (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
David Bower (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for Abbott Laboratories*

Date: March 13, 2007

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on March 13, 2007, two copies of the foregoing Notice of Service were hand delivered to the following persons and one copy was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

/s/ Brian E. Farnan
Brian E. Farnan (#4089)