UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, et al. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CASE NO. 06 CV 00382 GMS ) ) ) ) ) ) |

## NOTICE OF SERVICE

      I, Brian E. Farnan, hereby certify that on March 27, 2007 two copies of Defendant Abbott Laboratories' Amended Responses and Objections to Friedson's First Set of Interrogatories were served via hand delivery on the following:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

By:_____
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19899-1070
(302) 655-4200

and

Lawrence R. Desideri (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
David Bower (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for Abbott Laboratories*

Date: March 28, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2007 two copies of the foregoing Notice of Service were served upon the following counsel of record via electronic notification and hand delivery:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

*[signature]*
Brian E. Farnan (#4089)