IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
          Plaintiff, :
           :
   v. : Civil Action No. 06-382 (GMS)
           :
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, and SWEET PRODUCTIONS :
LTD., a New York corporation, :
           :
          Defendants. :
------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 11th day of April, 2007, a copy of **Stockholders' Representative's Objections And Responses To Abbott's First Set Of Requests For Production Of Documents** was served, electronically and by first class mail, postage prepaid, upon:

        John C. Phillips, Jr., Esquire
        Phillips Goldman & Spence, P.A.
        1200 North Broom Street
        Wilmington, Delaware 19806

        David Bower, Esquire
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, IL 60601-9703

and **TAKE FURTHER NOTICE** that on the 12th day of April, 2007, a copy of this **Notice Of Service** was served, electronically, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, Delaware 19806
>
> David Bower, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703

ROSENTHAL MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff

OF COUNSEL:

Gerald J. Caruso
Amy M. McCallen
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

April 12, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of April, 2007, a copy of the **Notice Of Service** was served, electronically, upon the following:

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

David Bower, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

_/s/ Norman M. Monhait_
Norman M. Monhait (#1040)
ROSENTHAL MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com