UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES, et al.<br><br>               Defendants. | CASE NO. 06 CV 00382 GMS |

## NOTICE OF SERVICE

       I, Brian E. Farnan, hereby certify that on June 14, 2007, two copies of Abbott Laboratories' First Set of Interrogatories to Plaintiff David Friedson were served as indicated below on the following:

**Via Hand Delivery**
Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

**Via Hand Delivery**
Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

**Via Federal Express**
Gerald J. Caruso
Amy M. McCallen
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19899-1070
(302) 655-4200

      and

Lawrence R. Desideri (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
David Bower (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for Abbott Laboratories*

Date: June 14, 2007

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on June 14, 2007, two copies of the foregoing Notice of Service were served via hand delivery to the following persons and one copy was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

I further certify that on June 14, 2007, the document was served on the following non-registered participants via Federal Express:

Gerald J. Caruso
Amy M. McCallen
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Brian E. Farnan (#4089)