UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>                Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES, et al.<br><br>                Defendants. | CASE NO. 06 CV 00382 GMS |

## NOTICE OF SERVICE

      I, Brian E. Farnan, hereby certify that on June 29, 2007, two copies of Abbott Laboratories' Responses and Objections to Plaintiff's Rule 30(b)(6) Deposition Notice were served as indicated below on the following:

**Via Hand Delivery**
Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

**Via Federal Express**
Gerald J. Caruso
Amy M. McCallen
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

By: /s/ JCP
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19899-1070
(302) 655-4200

and

Lawrence R. Desideri (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
David Bower (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for Abbott Laboratories*

Date: June 29, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2007, two copies of the attached Notice of Service and Abbott Laboratories' Responses and Objections to Plaintiff's Rule 30(b)(6) Deposition Notice were served as indicated below on the following:

**Via Hand Delivery**
Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

**Via Federal Express**
Gerald J. Caruso
Amy M. McCallen
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

_____
John C. Phillips, Jr., Esquire (#110)