IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation,<br><br>            Defendants. | Civil Action No. 06-382 (GMS) |

## NOTICE OF DEPOSITION FOR MARK F. GORMAN

TO:    John C. Phillips, Esquire
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Lawrence R. Desideri , Esquire
Stephanie S. McCallum, Esquire
David Bower, Esquire)
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on August 10, 2007 at 10:00 a.m. at the law offices of Winston & Strawn LLP, 35 West Wacker Drive, Chicago, IL 60601, the plaintiff David Friedson, in his capacity as Stockholder Representative, by his attorneys, will take the deposition upon oral examination of Mark F. Gorman, who at the time of the ZonePerfect purchase by

Abbott Laboratories was "Vice-President, Medical Nutritionals" for the Ross Products Division of defendant Abbott Laboratories, before a Notary Public in and for the State of Illinois, or before some other officer authorized by law to administer oaths, or at another time and place agreeable to the parties and/or their counsel. The deposition will be taken pursuant to a subpoena, copy of which is attached. The oral examination will continue from day to day until completed. You are hereby invited to attend and cross-examine.

                        **DAVID FRIEDSON, AS STOCKHOLDERS' REPRESENTATIVE OF THE FORMER STOCKHOLDERS OF THE ZONEPERFECT NUTRITION COMPANY**

                        **ROSENTHAL MONHAIT & GODDESS, P.A.**

                        By: /s/ Norman M. Monhait
                        Norman M. Monhait (#1040)
                        919 Market Street, Suite 1401
                        Citizens Bank Center
                        P. O. Box 1070
                        Wilmington, DE  19899
                        (302) 656-4433
                        nmonhait@rmgglaw.com

                        *Admitted Pro Hac Vice*
                        Gerald J. Caruso, BBO No. 076880
                        Amy M. McCallen, BBO No. 643657
                        **RUBIN AND RUDMAN LLP**
                        50 Rowes Wharf
                        Boston, MA 02110-3319
                        (617) 330-7000

Dated:  July 18, 2007

≈AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

District of Massachusetts

| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| ABBOTT LABORATORIES, an Illinois corporation | Case Number:[1]  06-CV-00382-GMS  Case Pending in the District of Delaware |

TO:
Mark F. Gorman
1137 N. Wood Street, #3F
Chicago, IL 60622

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Winston & Strawn, 35 West Wacker Drive, Chicago, Illinois 60601 | Friday, August 10, 2007  10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | July 18, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Gerald J. Caruso, Esq., Rubin and Rudman, LLP, 50 Rowes Wharf, Boston, MA 02110 (617) 330-7000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2007, a copy of the **Notice Of Deposition For Mark F. Gorman**, was served, upon counsel of record below, as indicated:

### By Email

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

### By Electronic Filing

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

_____
Norman M. Monhait (#1040)