IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
        Plaintiff, :
 :
v. : Civil Action No. 06-382 (GMS)
 :
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, and SWEET PRODUCTIONS :
LTD., a New York corporation, :
 :
        Defendants. :
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael R. Coppock, Esquire, of Rubin & Rudman LLP, 50 Rowes Wharf, Boston, MA 02110, to represent the plaintiff in this matter.

ROSENTHAL, MONHAIT & GROSS, P.A.

By: ___/s/ Norman M. Monhait/___
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Plaintiff
Date: July 25, 2007    Email: nmonhait@rmgglaw.com

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* of Michael R. Coppock is granted.

Dated: July ____, 2007    _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon filing of this motion.

Signed:

_____
Michael R. Coppock
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA   02110
(617) 330-7049
mcoppock@rubinrudman.com

Date:  July 24, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July, 2007, a copy of the foregoing **Motion And Order For Admission Pro Hac Vice** was served, by electronic transmission, upon:

    Joseph B. Cicero, Esquire
    Edwards Angell Palmer & Dodge LLP
    919 Market Street, 15th Floor
    Wilmington, Delaware  19801

    John C. Phillips, Jr., Esquire
    Phillips Goldman & Spence, P.A.
    1200 N. Broom Street
    Wilmington, Delaware 19806

and a copy was sent, by email to:

    Lawrence R. Desideri, Esquire
    Stephanie McCallum, Esquire
    Winston & Strawn LLP
    35 W. Wacker Drive
    Chicago, Illinois 60601

_____
Norman M. Monhait (#1040)