IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation,<br><br>Defendants. | Civil Action No. 06-382 (GMS) |

### NOTICE OF DEPOSITION FOR LISA C.S. BURNETT

TO:  John C. Phillips, Esquire
     Brian E. Farnan, Esquire
     Phillips, Goldman & Spence, P.A.
     1200 North Broom Street
     Wilmington, DE 19806

     Joseph B. Cicero, Esquire
     Edwards Angell Palmer & Dodge LLP
     919 Market Street, 15th Floor
     Wilmington, Delaware 19801

     Lawrence R. Desideri, Esquire
     Stephanie S. McCallum, Esquire
     Winston & Strawn
     35 West Wacker Drive
     Chicago, IL 60601

**PLEASE TAKE NOTICE** that on August 15, 2007 at 10:00 a.m. at the law offices of

Dechert LLP, Cira Center, 2929 Arch Street, Philadelphia, PA 19104-2808, the plaintiff David

Friedson, in his capacity as Stockholder Representative, by his attorneys, will take the deposition upon oral examination of Lisa C.S. Burnett, Esquire, before a Notary Public in and for the Commonwealth of Pennsylvania, or before some other officer authorized by law to administer oaths. The deposition will be taken pursuant to a subpoena, copy of which is attached. The oral examination will continue from day to day until completed. You are hereby invited to attend and cross-examine.

ROSENTHAL MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
nmonhait@rmgglaw.com

*Admitted Pro Hac Vice*
Gerald J. Caruso, BBO No. 076880
Amy M. McCallen, BBO No. 643657
**RUBIN AND RUDMAN LLP**
50 Rowes Wharf
Boston, MA 02110-3319
(617) 330-7000

Dated: July 26, 2007

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY

V.

ABBOTT LABORATORIES, an Illinois corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  06-CV-00382-GMS
Case Pending in the District of Delaware

TO:
Lisa C.S. Burnett, Esq.
c/o Arthur Newbold, Esq.
Dechert LLP
Cira Center, 2929 Arch Street, Philadelphia, PA 19104-2808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808 | Wednesday, August 15, 2007  10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Records of all time that you and other lawyers and paralegals of Dechert LLP spent in the representation of ZonePerfect Nutrition Company and it shareholders in connection with the sale of all shares of ZonePerfect Nutrition Company to Abbott Laboratories, and post-closing activities through the date of your deposition.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  Attorney for Plaintiff | July 24, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Gerald J. Caruso, Esq., Rubin and Rudman LLP, 50 Rowes Wharf, Boston, MA 02110 (617) 330-7000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2007, a copy of the **Notice Of Deposition For Lisa C.S. Burnett**, was served, upon counsel of record below, as indicated:

### By Email

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

### By Electronic Filing

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, 15th Floor
Wilmington, Delaware 19801

Norman M. Monhait (#1040)