IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders'  :
Representative of the former Stockholders  :
of the ZONEPERFECT NUTRITION  :
COMPANY,  :
               Plaintiff,  :
                 :
    v.  :  Civil Action No. 06-382 (GMS)
                 :
ABBOTT LABORATORIES and WELLS  :
FARGO BANK MINNESOTA, a Minnesota  :
corporate trust, and SWEET PRODUCTIONS  :
LTD., a New York corporation,  :
                 :
             Defendants.  :
------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 31st day of July, 2007, a copy of this **Notice Of Service** was served upon the below listed Delaware counsel via electronic filing. In addition, this **Notice Of Service** and **Plaintiff David Friedson's First Request For Admissions Directed To Defendant Abbott Laboratories** were served upon the following counsel in the manners indicated:

<u>VIA ELECTRONIC MAIL and HAND DELIVERY</u>

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 Market Street, 15th Floor
Wilmington, Delaware 19801

<u>VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL</u>

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

        ROSENTHAL MONHAIT & GODDESS, P.A.


        By:   /s/ Carmella P. Keener
        Norman M. Monhait (#1040)
        Carmella P. Keener (#2810)
        919 Market Street, Suite 1401
        Citizens Bank Center
        P.O. Box 1070
        Wilmington, Delaware 19899-1070
OF COUNSEL:        (302) 656-4433
        Attorneys for Plaintiff

Gerald J. Caruso
Amy M. McCallen
Michael R. Coppock
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7185


July 31, 2007