IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID FRIEDSON as Stockholders'
Representative of the former Stockholders of the
ZONEPERFECT NUTRITIONAL COMPANY,

        Plaintiff,

- against -

ABBOTT LABORATORIES, an Illinois
corporation.

        Defendant.

Case No. 1:06-cv-00382-GMS

TRIAL BY JURY DEMANDED

### DEL. D. LR 7.1.1 CERTIFICATION CONCERNING ABBOTT LABORATORIES' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM

Counsel for Abbott Laboratories hereby certify that they made a reasonable effort to resolve the issues set forth in Abbott Laboratories' Motion for Leave to Amend Answer and Counterclaim with Plaintiff's counsel; however, Plaintiff's counsel would not consent to the relief sought therein.

Respectfully Submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ John C. Phillips, Jr.
John C. Phillips Jr. (#110)
Brian E. Farnan (#4089)
1200 N. Broom Street
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
jcp@pgslaw.com

and

                                                Lawrence R. Desideri
                                                Stephanie S. McCallum, Esq.
                                                WINSTON & STRAWN LLP
                                                35 West Wacker Drive
                                                Chicago, Illinois  60601
                                                (312) 558-5600
                                                (312) 558-5700

Dated:  August 1, 2007