## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation,<br><br>Defendants. | Civil Action No. 06-382 (GMS) |

### NOTICE OF DEPOSITION FOR CHRISTOPHER G. KARRAS

TO:       John C. Phillips, Jr., Esquire
          Brian E. Farnan, Esquire
          Phillips, Goldman & Spence, P.A.
          1200 North Broom Street
          Wilmington, DE  19806

          Lawrence R. Desideri , Esquire
          Stephanie S. McCallum, Esquire
          Winston & Strawn
          35 West Wacker Drive
          Chicago, IL 60601

**PLEASE TAKE NOTICE** that on August 27, 2007 at 9:00 a.m. at the law offices of

Dechert LLP, Cira Center, 2929 Arch Street, Philadelphia, PA  19104-2808, the plaintiff David

Friedson, in his capacity as Stockholder Representative, by his attorneys, will take the deposition

upon oral examination of Christopher G. Karras, before a Notary Public in and for the

Commonwealth of Pennsylvania, or before some other officer authorized by law to administer

oaths. The deposition will be taken pursuant to a subpoena, copy of which is attached. The oral examination will continue from day to day until completed. You are hereby invited to attend and cross-examine.

<div style="margin-left: 45%;">

ROSENTHAL MONHAIT & GODDESS, P.A.

By: _Carmella P. Keener_

Norman M. Monhait (#1040)
Carmella P. Keener (#2810)
919 Market Street, Suite 1401
Citizens Bank Center
P. O. Box 1070
Wilmington, DE  19899
(302) 656-4433
nmonhait@rmgglaw.com
  Attorneys for Plaintiff

*Admitted Pro Hac Vice*
Gerald J. Caruso, BBO No. 076880
Amy M. McCallen, BBO No. 643657
**RUBIN AND RUDMAN LLP**
50 Rowes Wharf
Boston, MA 02110-3319
(617) 330-7000

</div>

Dated:  August 1, 2007

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY

V.

**SUBPOENA IN A CIVIL CASE**

ABBOTT LABORATORIES, an Illinois corporation

Case Number:[1]    06-CV-00382-GMS
Case Pending in the District of Delaware

TO:
Christopher G. Karras
c/o Arthur Newbold, Esq.
Dechert LLP
Cira Center, 2929 Arch Street, Philadelphia, PA 19104-2808

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808 | Monday, August 27, 2007 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _(signature)_  Attorney for Plaintiff | August 1, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Gerald J. Caruso, Esq., Rubin and Rudman LLP, 50 Rowes Wharf, Boston, MA 02110 (617) 330-7000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of August, 2007, a copy of the **Notice Of Deposition For Christopher G. Karras**, was served, upon counsel of record below, as indicated:

### By Electronic Filing

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

### By Email

Lawrence R. Desideri, Esquire
Stephanie S. McCallum, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Carmella P. Keener (#2810)