IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
DAVID FRIEDSON, as Stockholders'          :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION              :
COMPANY,                                  :
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :   Civil Action No. 06-382 (GMS)
                                          :
ABBOTT LABORATORIES and WELLS             :
FARGO BANK MINNESOTA, a Minnesota         :
corporate trust, and SWEET PRODUCTIONS    :
LTD., a New York corporation,             :
                                          :
              Defendants.                 :
-----------------------------------------------------------x
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 2nd day of August, 2007, a copy of this

**Notice Of Service** was served via electronic filing on the below-listed Delaware counsel.

In addition, this **Notice Of Service** and **Plaintiff David Friedson's Responses To Abbott**

**Laboratories' First Set Of Interrogatories** was served, by electronic mail and first-class

mail, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, Delaware 19806
>
> Lawrence R. Desideri, Esquire
> Stephanie S. McCallum, Esquire
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601-9703

OF COUNSEL:

Gerald J. Caruso
Amy M. McCallen
Michael R. Coppock
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110


August 2, 2007

ROSENTHAL MONHAIT & GODDESS, P.A.

By: *Carmella P. Keener*
Norman M. Monhait (#1040)
Carmella P. Keener (#2810)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff