ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

September 7, 2007

**VIA ELECTRONIC FILING**
**AND BY HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

> **Re:    Friedson v. Abbott Laboratories**
> **D. Del., Civil Action No. 06-382 (GMS)**

Dear Chief Judge Sleet:

Following up on the telephone conference with the Court on September 5, 2007, counsel have agreed on the enclosed Amendment to Scheduling Order which, of course, also contains the dates the Court directed during the conference call.

Counsel are available should Your Honor have any questions.

Respectfully,

Norman M. Monhait (#1040)

NMM:mst
Enclosure

cc:    John C. Phillips, Jr., Esquire (By electronic filing)
       Gerald J. Caruso, Esquire (By electronic filing)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Civil Action No. 06-382 (GMS)** |
| ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**AMENDMENT TO SCHEDULING ORDER**

**THIS** ____ day of September, 2007, the Court having conducted a telephone conference with counsel concerning the parties' Joint Motion to Amend Scheduling Order,

**IT IS ORDERED** that:

1. The Scheduling Order the Court approved on January 25, 2007 shall be amended as follows:

    a.         All fact discovery shall be initiated so that it will be completed on or before September 28, 2007.

    b.         All expert discovery shall be completed on or before November 30, 2007.  Any opening expert reports shall be served on or before

October 12, 2007.  Any rebuttal expert reports shall be served on or before November 9, 2007.

c.      All motions for full or partial summary judgment and an opening brief and affidavits, if any, in support of the motion shall be served and filed electronically on or before October 11, 2007.  Answering briefs and accompanying affidavits shall be served and filed no later than October 25, 2007.  Rely briefs shall be served and filed no later than November 1, 2007.

d.      The parties shall file with the Court the Joint Proposed Final Pre-Trial Order with the information required by the form of Final Pre-Trial Order no later than the close of business on December 21, 2007.

2.  In all other respects, the Scheduling Order remains in effect.

_____
CHIEF UNITED STATES DISTRICT JUDGE