UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>ABBOTT LABORATORIES, et al.<br><br>       Defendants. | CASE NO. 06 CV 00382 GMS |

## NOTICE OF SERVICE

  I, Brian E. Farnan, hereby certify that on September 7, 2007, two copies of Defendant Abbott Laboratories' Responses and Objections to Plaintiff's First Requests for Admission were served as indicated below on the following:

**Via Hand Delivery**
Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

**Via Hand Delivery**
Joseph B. Cicero, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19899-1070
(302) 655-4200

and

Lawrence R. Desideri (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Counsel for Abbott Laboratories*

Date: September 10, 2007