IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
DAVID FRIEDSON, as Stockholders' :
Representative of the former Stockholders :
of the ZONEPERFECT NUTRITION :
COMPANY, :
        Plaintiff, :
  :
v. : Civil Action No. 06-382 (GMS)
  :
ABBOTT LABORATORIES and WELLS :
FARGO BANK MINNESOTA, a Minnesota :
corporate trust, and SWEET PRODUCTIONS :
LTD., a New York corporation, :
  :
        Defendants. :
------------------------------------------------------------x

## NOTICE OF FILING PAPER DOCUMENT

**PLEASE TAKE NOTICE** that on the 25th day of October, 2007, a copy of this **Notice Of Filing Paper Document** was served electronically upon counsel indicated below, and two paper copies of **Appendix (Volumes I & II) To Plaintiff David Friedson's Answering Brief In Opposition To Defendant Abbott Laboratories' Motion For Partial Summary Judgment** was served, by hand delivery, upon:

        John C. Phillips, Jr., Esquire
        Phillips Goldman & Spence, P.A.
        1200 North Broom Street
        Wilmington, Delaware 19806

ROSENTHAL MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff

OF COUNSEL:

Gerald J. Caruso
Amy M. McCallen
Michael R. Coppock
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110

October 25, 2007

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October, 2007, a copy of the **Notice Of Filing Paper Document** was served electronically upon counsel indicated below, and two paper copies of **Appendix (Volumes I & II) To Plaintiff David Friedson's Answering Brief In Opposition To Defendant Abbott Laboratories' Motion For Partial Summary Judgment** was served, by hand delivery, upon:

> John C. Phillips, Jr., Esquire
> Phillips Goldman & Spence, P.A.
> 1200 N. Broom Street
> Wilmington, Delaware 19806

*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)