IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONEPERFECT NUTRITION COMPANY,<br>      Plaintiff,<br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, WELLS FARGO BANK MINNESOTA, a Minnesota corporate trust, and SWEET PRODUCTIONS LTD., a New York corporation,<br>      Defendants. | Civil Action No. 06-382 (GMS) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D.Del.L.R. 7.1.4, plaintiff David Friedson requests that the Court hear oral argument on defendant Abbott Laboratories' Motion for Summary Judgment.

                ROSENTHAL MONHAIT
                & GODDESS, P.A.

                _____
                Norman M. Monhait (#1040)
                919 Market Street, Suite 1401
                Citizens Bank Center
                P.O. Box 1070
                Wilmington, Delaware 19899-1070
OF COUNSEL:           (302) 656-4433
                 Attorneys for Plaintiff

Gerald J. Caruso (Admitted *pro hac vice*)
Amy M. McCallen (Admitted *pro hac vice*)
Michael R. Coppock (Admitted *pro hac vice)*
RUBIN & RUDMAN LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

November 6, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of November, a copy of the **Request For Oral Argument** was served, by electronic filing, upon:

>John C. Phillips, Jr., Esquire
>Phillips Goldman & Spence, P.A.
>1200 N. Broom Street
>Wilmington, Delaware 19806

and a copy was sent, by email transmission, to:

>Lawrence R. Desideri, Esquire
>Stephanie McCallum, Esquire
>Winston & Strawn LLP
>35 W. Wacker Drive
>Chicago, Illinois 60601

_____
Norman M. Monhait (#1040)