**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

December 12, 2007

**VIA ELECTRONIC FILING
AND BY HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

   Re: **Friedson v. Abbott Laboratories
      D. Del., Civil Action No. 06-382 (GMS)**

Dear Chief Judge Sleet:

   I write to advise the Court that as a result of a mediation last week, the parties have reached an agreement in principle to resolve this litigation, which is subject to the negotiation and execution of a settlement agreement. The parties intend to file a stipulation of dismissal as soon as settlement documentation is completed and signed.

   Counsel are available should Your Honor have any questions.

                Respectfully,

                */s/ Norman M. Monhait*

                Norman M. Monhait (#1040)

NMM:mst

cc: John C. Phillips, Jr., Esquire (By electronic filing)
   Gerald J. Caruso, Esquire (By electronic filing)
   Lawrence R. Desideri, Esquire (By email)
   Stephanie McCallum, Esquire (By email)