IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID FRIEDSON, as Stockholders' Representative of the former Stockholders of the ZONE PERFECT NUTRITION COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-382 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff and defendant hereby stipulate to dismiss the above action with prejudice, each party bearing its own costs and expenses.

Respectfully submitted,

ROSENTHAL MONHAIT & GODDESS, P.A.

/s/ Norman M. Monhait
_____
Norman M. Monhait (Bar No. 1040)
Rosenthal Monhait & Goddess, P.A.
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433

Admitted Pro Hac Vice
Gerald J. Caruso
Amy M. McCallen
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7185

PHILLIPS, GOLDMAN & SPENCE

/s/ John C. Phillips, Jr.
_____
John C. Phillips, Jr. (Bar No. 110)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Admitted Pro Hac Vice
Lawrence R. Desideri
Stephanie S. McCallum
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Attorneys for Plaintiff                    Attorneys for Defendant

Dated: December 31, 2007